IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS ATANACIO-REYES,** | : | Civil No. 1:21-cv-2075 |
| | : | |
| **Plaintiff,** | : | |
| | : | (Judge Sylvia H. Rambo) |
| v. | : | |
| | : | |
| **ERIN AYERS,** *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

# O R D E R

AND NOW, this 12th day of January, 2023, upon consideration of the magistrate judge's Report and Recommendation (Doc. 35) to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation is **ADOPTED**.

2) The defendants' motions to dismiss (Docs. 19 & 22) are **GRANTED**.

3) Plaintiff is granted leave to amend his complaint in accordance with this order and the accompanying report and recommendation. Any amended complaint shall be complete in and of itself and shall be filed <u>within fourteen days</u> from today's date.

4) This case is remanded to Magistrate Judge Schwab.

s/Sylvia H. Rambo<br>
United States District Judge