IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS ATANACIO-REYES,** | Civil No. 1:21-cv-2075 |
| Plaintiff, | |
| | (Judge Sylvia H. Rambo) |
| v. | |
| **ERIN AYERS, et al.,** | |
| Defendants. | |

# **O R D E R**

AND NOW, this 17th day of July, 2023, upon consideration of the magistrate judge's Report and Recommendation (Doc. 40), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), and noting that the plaintiff has yet to file an amended complaint, **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation is **ADOPTED**;

2) This case is **DISMISSED** for failure to file an amended complaint;

3) The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo<br>
United States District Judge